JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke | Case No. EDCV 24-1432-KK-DTB |
| Plaintiff, | |
| v. | JUDGMENT |
| Rajanikant Naginbhai Patel | |
| Defendant. | |

Pursuant to the Order granting Plaintiff's Application for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff Theresa Brooke ("Plaintiff") against defendant Rajanikant Naginbhai Patel ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $6,240 from the date of entry of judgment in this action.

Dated:  January 31, 2025

HONORABLE KENLY KIYA KATO
United States District Judge